

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00010-CV

IN THE INTEREST OF A.B., A CHILD

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 93,211-E-FM, Honorable Douglas R. Woodburn, Presiding

February 6, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER, and DOSS, JJ.

Appellant, C.W., appearing pro se, has filed a notice of appeal attempting to appeal the termination of her parental rights, which allegedly occurred on December 3, 2019. Appearing that "no final judgment or appealable order" had been entered by the trial court, we directed C.W., by letter dated January 10, 2020, to show how this Court had jurisdiction over the appeal. The deadline to comply with this directive was January 21, 2020. To date, C.W. has not responded to the Court's directive or otherwise communicated with the Court. Moreover, on January 30, 2020, the district clerk certified that "the trial court has not entered an order of termination and no final order has been entered in cause number 93211-E-FM styled IN THE INTEREST OF [A.B.], A MINOR

CHILD." There being no final appealable order terminating parental rights, we dismiss the appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam